

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00039-CR

| | | |
|---|---|---|
| ASHLEE NICOHL JONES, Appellant | § | On Appeal from County Criminal |
| | § | Court No. 10 of Tarrant County (1584150) |
| V. | § | May 20, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker